(No. 10882.)

THE PEOPLE OF THE STATE OF ILLINOIS, Appellee, *vs.*
THOMAS DEWITT CUYLER *et al.* Appellants.

*Opinion filed December 21, 1916.*

INHERITANCE TAX—*when stocks of foreign corporations are not
taxable.* Stocks of foreign corporations owned by non-residents
are not taxable under the Inheritance Tax law of 1909. (*People
v. Dennett, ante,* p. 43, followed.)

APPEAL from the County Court of Cook county; the
Hon. JOHN H. WILLIAMS, Judge, presiding.

ROSENTHAL & HAMILL, (CHARLES H. HAMILL, of
counsel,) for appellants.

P. J. LUCEY, Attorney General, and THOMAS J. YOUNG,
for the People.

Mr. JUSTICE CARTWRIGHT delivered the opinion of the
court:

Maria DeWitt Jesup, a resident of the State of New
York, died on June 17, 1914, and by her will disposed of
shares of capital stocks of corporations organized under the
laws of other States having tangible property and doing
business in this State. The county court of Cook county
assessed an inheritance tax on the shares of stocks accord-
ing to the ratio of the value of the assets of the corpora-
tions in this State to the value of their total assets and

entered a judgment accordingly, from which the executors appealed.

It was decided in *People* v. *Griffith,* 245 Ill. 532, that the stocks of foreign corporations owned by non-residents were not taxable under the Inheritance Tax act of 1895. The taxes in this case were imposed under the act of 1909, and the question whether any different rule exists under that act has been raised and decided in the case of *People* v. *Dennett,* (*ante,* p. 43,) and it was there decided that there is no reasonable basis for any different rule.

So far as the judgment of the county court included inheritance taxes on shares of capital stock in foreign corporations the judgment is reversed.

*Judgment reversed.*